**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>LUIS GUILLERMO RODRIGUEZ<br><br>Defendant. | CRIMINAL NO. 22-39(FAB)<br>**SENTENCING MEMORANDUM** |

**"DESPERATION AND BAD DECISIONS GO HAND IN HAND"**

- **UNKNOWN**

### I.    PROCEDURAL BACKGROUND

In January 2022, Federal authorities intercepted a vessel. There was cocaine and four people on board. Subjects on board the vessel threw cocaine bales from the vessel. All four subjects were arrested, and the cocaine seized. Luis Guillermo Rodriguez, "Rodriguez" was one of the four subjects arrested. He was brought before the Court and criminal charges were presented. On July 7, 2022, at docket entry 45, Rodriguez plead guilty to all charges pursuant to a straight plea.

The United States Probation Officer, "USPO", at Docket Entry 58, disclosed the Pre-Sentence Investigation report, "PSR". USPO suggest a criminal history category of I, an adjusted base offense level of 33 and an imprisonment range of 135-168 months. USPO also mentions in Part G. Sentencing outside of the advisory guideline system, the following:

"90. Mr. Rodriguez is a 31 year old, Dominican Citizen, resident of Santo Domingo, Dominican Republic, with seven (7) dependents. He has no schooling and does not know how to read or write. At the time of his arrest, the defendant was performing odd jobs in construction. He has physical and mental health conditions that require follow up care. He reported no substance abuse history. This is the defendant's first known arrest and conviction…"

Rodriguez requests that the Court consider the mitigating factors suggested by USPO in addition to the extraordinary family circumstances which lead to the commission of the office and grant Rodriguez a downward variance. All arguments presented in this memorandum are presented in support of a variant sentence of 120 months of imprisonment, which is the mandatory minimum of imprisonment for counts One-Four.

II.    **18 U.S.C. Sec 3553 factors**

Rodriguez became involved in the instant offense out of desperation. He regrets his actions wholeheartedly because he has made his situation worse that before he committed the offense. Rodriguez acted out of character for the law-abiding hard-working citizen he has been all his life.

Rodriguez was raised by his mother. His father abandoned her when she was pregnant with him. He is the only child born to both parents together. He has 12 paternal siblings of whom he knows details and to names, age and where they live only as to 7. He initiated a relationship with his father when he turned 25. They got to know each other up until 2021, when his father died.

Rodriguez is the oldest of four maternal siblings and one maternal foster child. Rodriguez didn't go to school because he had to work. His role, since as long as he can remember, is working to help support his mother, aunt and siblings. He was raised in a poor community where everyone

helped each other, including taking on additional orphaned children, like his mother did and later Rodriguez did as well.  At times, Rodriguez' mother became involved in relationships with abusive partners. One of the abusive partners was the father of Rodriguez' younger siblings. When he became too abusive, the members of the community ran him off. Obtaining the basic needs of appropriate shelter, clothing and food was a challenge. When Rodriguez was a child, he worked in the fields collecting products. When he was 10-years old he suffered for abuse in the hands of a neighbor who also worked the fields. Although he told his mother, because the neighbor threatened him and his mother, they didn't disclose the abuse to the police. Rodriguez mother died when he was in his early teens. He, with the assistance of his foster-mother/aunt, took over the care of his younger siblings so that they wouldn't be separated.

Rodriguez has been in a relationship with Ms. Rosa Maria Navarro for the past 15 years. Together they have 3 children ages 1-13. From a previous relationship he has two more biological children and a foster child. The foster child's mother was an addict and although he had no familial relationship with the child, he and his previous spouse took the child in. Rodriguez would send her money to support all three children. Since his arrest, Rodriguez' ex-spouse sent the foster child away to the care of others because she doesn't have the income to support her. From Rodriguez' first relationship a boy was born. The mother took the child away to live elsewhere and Rodriguez is unaware of their whereabouts.

Rodriguez has never been arrested. He is a true first-time offender. He has no history of controlled substance or alcohol abuse. He has dedicated his life to supporting those he loves. Including his family and his community. Why would this family oriented hard-working law-abiding citizen become involved in the instant offense? Desperation.

Rodriguez has no formal education. He has been employed in construction, as a mechanic and as a security guard, most of the time holding more than one job as the same time. COVID has hit the working sector very hard. Rodriguez found himself without income to support his partner, aunt/foster-mother, and his 6 children. Rodriguez' two youngest children have conditions which require surgery. His two-year-old has a bump on his head which must be removed through surgery and his one-year-old has a twisted foot which also requires surgery. Rodriguez' foster-mother/aunt also needed an operation. Rodriguez' need for money was to support his family and pay for everyone's medical needs. This is what drove Rodriguez to commit this crime. Below is a photo of Rodriguez' immediate family. Sadly, Rodriguez' aunt/foster mother passed away while Rodriguez was in jail for this case.



Rodriguez has no money to purchase items in the commissary while under custody. While at MDC-Guaynabo, he was allowed free calls to his family. His aunt and spouse would tell them how they were suffering without the basic needs. Rodriguez fears that his family will not survive his imprisonment term because they don't have the resources for the basic needs. Undersigned counsel has had ample opportunity to meet with Rodriguez and discuss his family circumstances. During the interviews, Rodriguez informed he lived in a cement house with a tin roof and that he had a water source. We were able to obtain images of Rodriguez home. The images can be seen below.

 



As we can see from the images, Rodriguez' home is far from a cement home with a tin roof, and running water. Rodriguez' home is a collection of used metal and zinc panels placed on crumbling half walls made of cement, walls which do not go up to the roof. The roof is full of holes and the space between the roof and the walls allows for insects and rodents to come in. His bathroom doesn't have roof at all. His water source is collected from rainwater into a cistern. Water is brought into home in pails. He explained there is one room in the home. He, his spouse and their three children sleep on the same bed. The kitchen is a gas stove next to a cement slab. Hurricane Fiona hit the Dominican Republic. We are unaware how the Hurricane affected Rodriguez' home. Since Rodriguez was moved to Guayama 1000 local jail, he no longer speak with his family on a weekly basis. He now speaks to them monthly.

Rodriguez is also very fearful for his family's safety in the Dominican Republic. Rodriguez meets all the 18 U.S.C. § 3553(f) requirements of relief from the mandatory minimum sentence of 120 months of imprisonment, except the interview requirement 18 U.S.C. § 3553(f)(5). He has declined to participate in the interview because he fears that if he does, his family will be hurt.

Rodriguez reports that while housed in MDC-Guaynabo, he was diagnosed with diabetes and that since he was 10-years old he suffers from seizures due to epilepsy. While at MDC-Guaynabo he received medication for both. In August 2022, Rodriguez was moved to the Guayama 1000 local jail. On September 14, 2022, Rodriguez reported he was still not receiving medical treatment while in Guayama 1000. Rodriguez has poor eyesight and requires contact lenses or glasses. He has requested glasses both at MDC Guaynabo and at the Guayama 1000 jail. Since he is illiterate, he is unable to write the request himself.  He has placed the requests for medical services in an oral fashion. As of September 14, 2022, he had not received the services requested.

While under custody, Rodriguez has worked as a volunteer orderly. It is hard for a man who has worked since he was a child to remain idle for days on end. He has developed a knack for making pastries with the items bought in the commissary. His clients purchase cookies and cakes that he mashes together and cooks in the microwave. He makes cakes with this concoction and uses Oreo cookie cream for the frosting. This is how he survives poverty while in jail. This is how he is able to obtain personal hygiene articles. The jail he is provided very limited basic products which are not enough for daily shows and washing teeth.

Rodriguez asks that the Court consider the extraordinary personal and family circumstances in mitigation of punishment.

### III.    CONCLUSION

The requested imprisonment term, 120 months of imprisonment, is a lengthy term of imprisonment. It has been difficult to be under custody during COVID. It has been heart wrenching to know your family is suffering and that, because you are in jail, you cannot help them. Access to resources has been very limited. Rodriguez has no chance at family visits. Prison has allowed Rodriguez a time away to reflect on his actions. Nevertheless, excessive imprisonment will keep Rodriguez away from those in need his family.

**Wherefore**, it is respectfully requested that the Court consider this information at sentencing and sentence Rodriguez to a variant sentence of 120 months of imprisonment.

**I HEREBY CERTIFY** that on this date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on October 5, 2022.

**ERIC A. VOS, ESQ.**
**Federal Public Defender**
**District of Puerto Rico**
s/ YASMIN IRIZARRY-PIETRI
Yasmin Irizarry-Pietri, AFPD
USDC-PR 213505
241 F.D. Roosevelt Avenue
San Juan, PR 00918
T. (787) 281-4922
F. (787) 281-4899
E. Yasmin_Irizarry@fd.org